UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JOHN HEISTAND** and **APRIL HEISTAND**,

    *Plaintiffs*,

  v.

                              Case No. 17-cv-60030-Bloom/Valle

**EXPERIAN INFORMATION SOLUTIONS, INC**. and **UNITED TRANZACTIONS, LLC**,

    *Defendants*.
_____/

## PARTIES' MEDIATION REPORT

Plaintiffs John Heistand and April Heistand, and Defendants Experian Information Solutions, Inc. and United Tranzactions, LLC (collectively, the "Parties"), by their respective counsel, hereby advise the Court that the Parties mediated with Rodney A. Max on December 18, 2017 and that they have reached an agreement in principle to settle this matter on an individual basis.

The Parties are currently engaged in documenting the settlement agreement and expect shortly to file a proposed Order of Dismissal of the lawsuit with prejudice.

Date:   January 2, 2018                  Respectfully submitted,

                                                /s/ *Philip R. Goldberg*
                                                PHILIP R. GOLDBERG
                                                FLORIDA BAR NO. 0105940
                                                SERAPH LEGAL, P.A
                                                2002 E. 5TH AVE., SUITE 101
                                                TAMPA, FLORIDA 33605
                                                TEL 813 567-1230
                                                FAX 855 500-0705
                                                pgoldberg@seraphlegal.com
                                                *Attorney for Plaintiffs*

By: /s/ *James A. Francis*
JAMES A. FRANCIS
APPEARING *PRO HAC VICE*
JOHN SOUMILAS
APPEARING *PRO HAC VICE*
FRANCIS & MAILMAN, P.C.
LAND TITLE BUILDING, Suite 1902
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
TEL 215-735-8600
FAX 215-950-8000
jfrancis@consumerlawfirm.com
*Attorney for Plaintiffs*

By: */s/ Gregory R. Hanthorn*
MICHAEL A. MAUGANS
FLORIDA BAR NO. 107531
GREGORY R. HANTHORN
APPEARING *PRO HAC VICE*
JONES DAY
600 BRICKELL AVE., SUITE 3300
MIAMI, FL 33131-3072
TEL 305-714-9731
FAX 305-714-9799
mmaugans@jonesday.com
ghanthorn@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

By: */s/ Robin Taylor Symons*
ROBIN TAYLOR SIMMONS
FLORIDA BAR NO. 356832
GORDON & REES SCULLY MANSUKHANI
500 U100 SE SECOND STREET, SUITE 3900
MIAMI, FL 33131
TEL 305-428-5300
rsymons@gordonrees.com
jmdeleon@gordonrees.com
*Attorney for Defendant United Tranzactions, LLC*