UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60030-BLOOM/Valle

APRIL HEISTAND,
and JOHN HEISTAND,

    Plaintiffs,

v.

UNITED TRANZACTIONS, LLC,
and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' "Stipulated Order of Dismissal," which this Court interprets as a Joint Stipulation for Dismissal ("Stipulation"), ECF No. [56]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [56]**, is **APPROVED and ADOPTED**, and the matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2018.

                                                    **BETH BLOOM**
                                                    **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record